No. 358. GUZMAN *v.* RUIZ PICHIRILO. C. A. 1st Cir. Certiorari granted. *Max Goldman* for petitioner. *Seymour P. Edgerton* for respondent.

No. 290. AMERICAN-FOREIGN STEAMSHIP CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arthur M. Becker, Eugene Gressman* and *Gerald B. Greenwald* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal, Leavenworth Colby* and *Herbert E. Morris* for the United States.

No. 332. STOCKARD STEAMSHIP CORP. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *J. Franklin Fort, John Cunningham* and *Israel Convisser* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal, Leavenworth Colby* and *Herbert E. Morris* for the United States.

No. 438. UNITED STATES *v.* STOCKARD STEAMSHIP CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal, Leavenworth Colby* and *Herbert E. Morris* for the United States. *J. Franklin Fort, John Cunningham* and *Israel Convisser* for respondents.

No. 335. CIA. DE NAV. SAN GEORGE, S. A., ET AL. *v.* KOUFOPANTELIS ET AL. C. A. 2d Cir. Certiorari denied. *Robert C. Thompson, Jr.* for petitioners. *Edward B. Joachim* for respondents.